It follows, therefore, that the judgment should be affirmed, with costs.

INGRAHAM, P. J., McLAUGHLIN and DOWLING, JJ., concurred; HOTCHKISS, J., concurred on the ground that the filing of the mechanic's lien was an election and that the demand was too late.

Judgment affirmed, with costs.

---

YORK MANUFACTURING COMPANY, Appellant, *v.* MARTIN MAGER and GEORGE N. WEBSTER, Respondents.

First Department, December 31, 1914.

See head note in *Shipley Construction Co.* v. *Mager* (*ante*, p. 866).

APPEAL by the plaintiff, York Manufacturing Company, from a judgment of the Supreme Court in favor of the defendants, entered in the office of the clerk of the county of New York on the 22d day of October, 1913, upon a verdict of a jury rendered by direction of the court.

*Isaac N. Miller* [*Jacob Landy* with him on the brief], for the appellant.

*Joseph Rowan* [*Franklyn M. Silverstein* with him on the brief], for the respondents.

PER CURIAM:

This is an action for the conversion of part of a refrigerating plant. It was tried with Shipley Construction and Supply Company against these defendants, the appeal in which is to be decided herewith. (165 App. Div. 866.) The material facts and the points presented by the appeal are the same in each. Our opinion in the other case is controlling here.

It follows that the judgment should be affirmed, with costs, on the authority of *Shipley Construction & Supply Co.* v. *Mager* (165 App. Div. 866), argued and decided herewith.

Present — INGRAHAM, P. J., McLAUGHLIN, LAUGHLIN, DOWLING and HOTCHKISS, JJ.

Judgment affirmed, with costs.